Argued and submitted June 17, reversed and remanded with instructions
September 18, 1985

PUGH,
*Appellant,*

*v.*

PROBSTFIELD,
*Respondent.*

(84-0331C; CA A32182)

705 P2d 1158

Bradley C. Grove, Forest Grove, argued the cause and filed the brief for appellant.

Jeff Bennett, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

In this post-conviction proceeding, defendant concedes that the trial court erred in denying petitioner the right to file a delayed direct appeal of his conviction. We have concluded that the concession is correct.

Reversed and remanded with instructions to enter a judgment allowing defendant 30 days within which to file a delayed direct appeal.